# EXHIBIT A















