# EXHIBIT B

Case 3:16-cv-00030-DNH-DEP   Document 6-2   Filed 01/11/16   Page 1 of 3

# Did You Know That Not All Yogurts Are Equally Good For You?

You think you are doing something good
for yourself and your family

By buying yogurt instead of bad stuff

And then you find that the bad stuff*

Is in your yogurt!



Look, there's potassium sorbate
as a preservative in **Yoplait Greek 100**.

Potassium sorbate? Really?
That stuff is used to kill bugs.

There's sucralose used as a sweetener
in **Dannon Light & Fit Greek!**



Sucralose? Why? That stuff has chlorine added to it!

If you want to do healthy things,
know what's in your cup.

**Chobani Simply 100®** is the *only* 100-Calorie Greek Yogurt
without a trace of any artificial sweeteners
or artificial preservatives.**

*Real fruit · Real nature · Real good*

Because to love this life is to live it naturally.

## CHOBANI
Love This Life™



And then you find that the bad stuff*

Is in your yogurt!



Look, there's potassium sorbate
as a preservative in **Yoplait Greek 100**.

Potassium sorbate? Really?
That stuff is used to kill bugs.

There's sucralose used as a sweetener
in **Dannon Light & Fit Greek!**



Sucralose? Why? That stuff has chlorine added to it!

If you want to do healthy things,
know what's in your cup.

**Chobani Simply 100®** is the *only* 100-Calorie Greek Yogurt
without a trace of any artificial sweeteners
or artificial preservatives.**

*Real fruit · Real nature · Real good*

Because to love this life is to live it naturally.

# CHOBANI
Love This Life™



LEARN MORE AT CHOBANISIMPLY100.COM

*Artificial ingredients
**Refers to nationally distributed brands
Yoplait Greek 100 is a registered trademark of Yoplait Marques société en nom collectif.
Dannon Light & Fit is a registered trademark of The Dannon Company, Inc.