# EXHIBIT C

Chobani - Simply 100
www.thelightthatsright.com
CHOBANI
SIMPLY 100
GET A COUPON
COMPARE INGREDIENTS
RECIPES
OUR PRODUCTS
PRODUCT LOCATOR
Potassium sorbate?
That stuff is used to kill bugs
There's sucralose used as a sweetener
in Dannon Light & Fit Greek!
Sucralose? Why? That stuff has chlorine added
Did You Know Not All Yogurts Are
Equally Good For You?
SEE WHY
Try Chobani Simply 100®
Greek Yogurt Today
CHOBANI
SIMPLY 100

Chobani - Simply 100
www.thelightthatsright.com
CHOBANI
SIMPLY 100
GET A COUPON
COMPARE INGREDIENTS
RECIPES
OUR PRODUCTS
PRODUCT LOCATOR
Chobani Simply 100® Is The Only 100-Calorie Greek Yogurt
With Zero Artificial Sweeteners Or Preservatives*
PLAY VIDEOS
Try Chobani Simply 100®
Greek Yogurt Today
CHOBANI
SIMPLY 100

Chobani - Simply 100
www.thelightthatsright.com
CHOBANI SIMPLY 100
GET A COUPON
COMPARE INGREDIENTS
RECIPES
OUR PRODUCTS
PRODUCT LOCATOR
FIND A STORE NEAR YOU
Do You Know What's In Your Cup?
Chobani Simply 100® Greek Yogurt is the only 100-calorie light yogurt** made with only natural ingredients.*
Scroll over to compare our ingredients with those in other light yogurts to see what's really inside.
Dannon Light & Fit Greek
Chobani Simply 100®
Yoplait Greek 100
Dannon Light & Fit Greek
What Is Sucralose And How Is
Yoplait Greek 100
What Is Potassium Sorbate

Chobani - Simply 100
www.thelightthatsright.com
CHOBANI
SIMPLY 100
GET A COUPON
COMPARE INGREDIENTS
RECIPES
OUR PRODUCTS
PRODUCT LOCATOR
Connect your printer before printing.
FIND A STORE NEAR YOU
Dannon Light & Fit Greek
ARTIFICIAL INGREDIENTS
ZERO FIBER
ARTIFICIAL SWEETENERS / SUCRALOSE
Dannon Light & Fit Greek
What Is Sucralose And How Is
Yoplait Greek 100
What Is Potassium Sorbate

Chobani - Simply 100
www.thelightthatsright.com
CHOBANI
SIMPLY 100
GET A COUPON
COMPARE INGREDIENTS
RECIPES
OUR PRODUCTS
PRODUCT LOCATOR
What Is Sucralose And How Is It Used?
FDA regulates sucralose as an allowable artificial sweetener and food additive identified as "a disaccharide that is made from sucrose in a five-step process that selectively substitutes three atoms of chlorine for three hydroxyl groups in the sugar molecule." The sweetness intensity for sucralose is 320 to 1,000 times that of sucrose, depending on the food application
What Is Potassium Sorbate And How Is It Used?
FDA regulates potassium sorbate as an allowable chemical preservative for use in foods FDA LINK. The US EPA (Environmental Protection Agency) also lists potassium sorbate among the allowable minimum risk pesticide products for non-food use EPA LINK.
Almond Butter Banana Smoothie
VIEW RECIPE
Strawberry Banana Smoothie
VIEW RECIPE
CHOBANI
SIMPLY 100
Our Range of Chobani Simply 100® Flavors
NEW
CHOBANI
SIMPLY 100
NEW
CHOBANI
SIMPLY 100
CHOBANI
SIMPLY 100

Chobani - Simply 100
www.thelightthatsright.com
CHOBANI
SIMPLY 100
GET A COUPON
COMPARE INGREDIENTS
RECIPES
OUR PRODUCTS
PRODUCT LOCATOR
Simply 100® Flavors
Introducing Chobani Simply 100® Crunch
NEW
100 CALORIES
7g SUGAR
8g SUGAR

This is my go-to snack: a @Chobani Simply 100 #greekyogurt & a handful of Mom's Best Cereals Quick...

My new best friend. @Chobani Simply 100 ... Less Is More!

Chobani - Simply 100
www.thelightthatsright.com
CHOBANI
SIMPLY 100
GET A COUPON
COMPARE INGREDIENTS
RECIPES
OUR PRODUCTS
PRODUCT LOCATOR
FOLLOW@CHOBANI
FOLLOW@CHOBANI
FOLLOW@CHOBANI
CHOBANI
SIMPLY 100
CHOBANI
SIMPLY 100
CHOBANI
SIMPLY 100
Excited to try out these
@Chobani Simply 100s!
CHOBANI
SIMPLY 100
FOLLOW@CHOBANI
FOLLOW@CHOBANI
FOLLOW@CHOBANI

Chobani - Simply 100
www.thelightthatsright.com
CHOBANI SIMPLY 100
GET A COUPON
COMPARE INGREDIENTS
RECIPES
OUR PRODUCTS
PRODUCT LOCATOR
FOLLOW@CHOBANI
FOLLOW@CHOBANI
FOLLOW@CHOBANI
@Chobani I love Simply 100! The lime and raspberry lemon are so good! #healthyeating
CHOBANI SIMPLY 100
Just the right amount of carbs and sugar for me. SIMPLY 100!!!! #chobani #simply100 #gotacoupon @Chobani
FOLLOW@CHOBANI
FOLLOW@CHOBANI
FOLLOW@CHOBANI
CHOBANI SIMPLY 100
©2016 CHOBANI, LLC | SUBSCRIBE TO OUR NEWSLETTER | TERMS & CONDITIONS | LEGAL & REGULATORY COMPLIANCE

Home
Moments
Search Twitter
Have an account? Log in
NON-FAT GREEK YOGURT
CHOBANI
SIMPLY 100
12g PROTEIN
5g FIBER
100 CALORIES
7g SUGAR
CHOBANI
SIMPLY 100
TWEETS 139K
FOLLOWING 7,792
FOLLOWERS 98.3K
LIKES 46.3K
LISTS 9
Follow
Tweets
Tweets & replies
Photos & videos
Chobani
@Chobani
Chobani @Chobani · 2h
To Love This Life Is To Live It Naturally
5 quick and easy on the go breakfasts

To Love This Life is To Live it Naturally.
#LoveThisLife

chobani.com
Joined August 2010

2,020 Photos and videos

5 quick and easy on-the-go breakfasts, cause mornings are tough: cho.ba/1ORVqQC #simply100

3 10

Chobani @Chobani · 3h
Consumers have a right to know what's in their cup. prn.to/1mQ5PiY

1 8 View summary

Chobani @Chobani · 12h
We believe consumers have a right to know what's in their cup. nyti.ms/1RhdZxM

3 6 View summary

**Chobani** @Chobani · Jan 8
Chobani Simply 100 is the light that's right. Save $1 now! cho.ba/simply #nobadstuff #simply100

67 408

**Chobani** @Chobani · Jan 8
Looking for some breakfast inspiration? @RealSimple got ahold of some of our best Simply 100 smoothies: bit.ly/1O71dhR #simply100

1 5

Chobani Retweeted
**Honest Toddler** @HonestToddler · Jan 8
Things kids are afraid of: monsters under bed, the dark, vegetables

Things adults are afraid of: phone battery dying, spotty Wifi, carbs

253 301



**Chobani** @Chobani · Jan 8

Not all yogurts are equally good for you. Get the facts here: cho.ba/simply #simply100

58 321



**Chobani** @Chobani · Jan 6

Did you know not all yogurts are equally good for you? #Simply100

 27  176

**Chobani** @Chobani · Jan 4

Holiday detox this way --> madewithchobani.com #madewithchobani

