UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHOBANI, LLC,

      Plaintiff,

   -v-          3:16-CV-30

THE DANNON COMPANY, INC.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOLEY, HOAG LAW FIRM<br>Attorneys for Plaintiff<br>155 Seaport Boulevard<br>Boston, MA 02210 | ANTHONY E. RUFO, ESQ.<br>DAVID A. KLUFT, ESQ.<br>JULIA HUSTON, ESQ. |
| HARRIS, BEACH LAW FIRM<br>Attorneys for Plaintiff<br>99 Garnsey Road<br>Pittsford, NY 14534 | DOUGLAS A. FOSS, ESQ.<br>SVETLANA K. IVY, ESQ. |
| VENABLE LLP<br>Attorneys for Defendant<br>Rockefeller Center<br>1270 Avenue of the Americas<br>New York, NY 10020 | ANGEL A. GARGANTA, ESQ.<br>MARCELLA BALLARD, ESQ. |
| 8010 Towers Crescent Drive, Suite 300<br>Tysons Corner, VA 22182 | RANDALL K. MILLER, ESQ. |
| SCOLARO, SHULMAN LAW FIRM<br>Attorneys for Defendant<br>507 Plum Street, Suite 300<br>Syracuse, NY 13204 | CHAIM J. JAFFE, ESQ. |

DAVID N. HURD
United States District Judge

**O R D E R**

Pursuant to the oral decision entered into the record on this date in Utica, New York, it is hereby

ORDERED that

1. Defendant Dannon's motion for an evidentiary hearing and for a status conference (ECF No. 34) is DENIED; and

2. Plaintiff Chobani's motion to strike the declaration of Michael Mazis (ECF No. 38) is GRANTED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 22, 2016
       Utica, New York.