UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHOBANI, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE DANNON COMPANY, INC.<br><br>    Defendant.<br><br>---<br><br>THE DANNON COMPANY, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>CHOBANI, LLC<br><br>    Counterclaim Defendant. | CIVIL ACTION NO. 3:16-cv-00030-DNH-DEP<br><br>ECF Case<br><br>Hon. David N. Hurd |



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 0 5 2016
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Utica

## JOINT MOTION FOR ENTRY OF CONSENT PERMANENT INJUNCTION

Plaintiff/Counterclaim Defendant Chobani, LLC ("Chobani") and Defendant/ Counterclaim Plaintiff The Dannon Company, Inc. ("Dannon") (collectively, the "Parties") hereby jointly move that the Court enter the Consent Permanent Injunction attached hereto.

B4606604.2

| CHOBANI, LLC | THE DANNON COMPANY, INC. |
| --- | --- |
| By its attorneys, | By its attorneys, |

_____
Julia Huston (Bar Roll No. 518555)
David A. Kluft (Bar Roll No. 303218)
Anthony E. Rufo (Bar Roll No. 519130)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:   (617) 832-1000
Facsimile:    (617) 832-7000
E-mail:         jhuston@foleyhoag.com
                    dkluft@foleyhoag.com
                    arufo@foleyhoag.com

Douglas A. Foss (Bar Roll No. 601172)
Svetlana K. Ivy (Bar Roll No. 516400)
Harris Beach PLLC
99 Garnsey Road
Pittsford, New York 14534
Telephone:   (585) 419-8800
Facsimile:    (585) 419-8811
E-mail:         dfoss@harrisbeach.com
                    sivy@harrisbeach.com

Dated: __11/22/16__

_____
Chaim J. Jaffe (Bar Roll No. 507042)
Scolaro Fetter Grizanti McGough & King P.C.
507 Plum Street, Suite 300
Syracuse, New York 13204
Telephone:   (315) 471-8111
E-mail:         cjaffe@scolaro.com

Angel A. Garganta
Marcella Ballard
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 370-6289
E-mail:         agarganta@venable.com
                    mballard@venable.com

Randall K. Miller (Bar Roll No. 303217)
Kevin W. Weigand
Venable LLP
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
Telephone:   (703) 760-1600
E-mail:         rkmiller@venable.com
                    kwweigand@venable.com

Dated: _____

| CHOBANI, LLC | THE DANNON COMPANY, INC. |
| By its attorneys, | By its attorneys, |

<table>
<tr><td>

_____
Julia Huston (Bar Roll No. 518555)
David A. Kluft (Bar Roll No. 303218)
Anthony E. Rufo (Bar Roll No. 519130)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:   (617) 832-1000
Facsimile:   (617) 832-7000
E-mail:      jhuston@foleyhoag.com
             dkluft@foleyhoag.com
             arufo@foleyhoag.com


Douglas A. Foss (Bar Roll No. 601172)
Svetlana K. Ivy (Bar Roll No. 516400)
Harris Beach PLLC
99 Garnsey Road
Pittsford, New York 14534
Telephone:   (585) 419-8800
Facsimile:   (585) 419-8811
E-mail:      dfoss@harrisbeach.com
             sivy@harrisbeach.com



Dated: _____

</td><td>

*/s/ Kevin W. Weigand*
Chaim J. Jaffe (Bar Roll No. 507042)
Scolaro Fetter Grizanti McGough & King P.C.
507 Plum Street, Suite 300
Syracuse, New York 13204
Telephone:   (315) 471-8111
E-mail:      cjaffe@scolaro.com

Angel A. Garganta
Marcella Ballard
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 370-6289
E-mail:      agarganta@venable.com
             mballard@venable.com

Randall K. Miller (Bar Roll No. 303217)
Kevin W. Weigand
Venable LLP
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
Telephone:   (703) 760-1600
E-mail:      rkmiller@venable.com
             kwweigand@venable.com

Dated: 11/23/2016

</td></tr>
</table>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHOBANI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE DANNON COMPANY, INC.<br><br>Defendant. | CIVIL ACTION NO. 3:16-cv-00030-DNH-DEP<br><br>ECF Case<br><br>Hon. David N. Hurd |
| THE DANNON COMPANY, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CHOBANI, LLC<br><br>Counterclaim Defendant. | |

## CONSENT PERMANENT INJUNCTION

Upon the joint motion of Plaintiff/Counterclaim Defendant Chobani, LLC ("Chobani") and Defendant/Counterclaim Plaintiff The Dannon Company, Inc. ("Dannon") (collectively, the "Parties"), it is ORDERED, ADJUDICATED and DECREED as follows:

1. Chobani shall not disseminate:

   (a) the 30-second and 15-second "Pool" television commercials described in paragraphs 38 through 40 of Dannon's Counterclaim and exhibits thereto;

   (b) the "Open Letter" print advertisement described in paragraphs 43 through 46 of Dannon's Counterclaim and exhibits thereto; and

   (c) the "Chobani's Simply Digital Content" described in paragraphs 48 through 51 of Dannon's Counterclaims, to the extent that it incorporates the accused claims in the "Pool" television commercial and/or "Open Letter" print advertisement identified above.

2. This Consent Permanent Injunction will apply to Chobani and its officers, directors, agents, servants, employees, and all persons controlling, controlled by, or in active concert or participation with, through or under Chobani.

3. The preliminary injunction dated January 29, 2016 is hereby dissolved, and the $1,000,000 bond shall be returned to Dannon.

**Consented and Agreed to:**

| | |
|---|---|
| CHOBANI, LLC<br>By its attorneys,<br><br>_____<br>Julia Huston (Bar Roll No. 518555)<br>David A. Kluft (Bar Roll No. 303218)<br>Anthony E. Rufo (Bar Roll No. 519130)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>Telephone: (617) 832-1000<br>Facsimile: (617) 832-7000<br>E-mail: jhuston@foleyhoag.com<br>           dkluft@foleyhoag.com<br>           arufo@foleyhoag.com<br><br>Douglas A. Foss (Bar Roll No. 601172)<br>Svetlana K. Ivy (Bar Roll No. 516400)<br>Harris Beach PLLC<br>99 Garnsey Road<br>Pittsford, New York 14534<br>Telephone: (585) 419-8800<br>Facsimile: (585) 419-8811<br>E-mail: dfoss@harrisbeach.com<br>           sivy@harrisbeach.com<br><br>Dated: 11/22/16 | THE DANNON COMPANY, INC.<br>By its attorneys,<br><br>_____<br>Chaim J. Jaffe (Bar Roll No. 507042)<br>Scolaro Fetter Grizanti McGough & King P.C.<br>507 Plum Street, Suite 300<br>Syracuse, New York 13204<br>Telephone: (315) 471-8111<br>E-mail: cjaffe@scolaro.com<br><br>Angel A. Garganta<br>Marcella Ballard<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 370-6289<br>E-mail: agarganta@venable.com<br>           mballard@venable.com<br><br>Randall K. Miller (Bar Roll No. 303217)<br>Kevin W. Weigand<br>Venable LLP<br>8010 Towers Crescent Drive<br>Suite 300<br>Tysons Corner, VA 22182<br>Telephone: (703) 760-1600<br>E-mail: rkmiller@venable.com<br>           kwweigand@venable.com<br><br>Dated: _____ |

2. This Consent Permanent Injunction will apply to Chobani and its officers, directors, agents, servants, employees, and all persons controlling, controlled by, or in active concert or participation with, through or under Chobani.

3. The preliminary injunction dated January 29, 2016 is hereby dissolved, and the $1,000,000 bond shall be returned to Dannon.

**Consented and Agreed to:**

| | |
|---|---|
| CHOBANI, LLC<br>By its attorneys, | THE DANNON COMPANY, INC.<br>By its attorneys, |
| | *Kevin W. Weigand* |
| _____<br>Julia Huston (Bar Roll No. 518555)<br>David A. Kluft (Bar Roll No. 303218)<br>Anthony E. Rufo (Bar Roll No. 519130)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>Telephone: (617) 832-1000<br>Facsimile: (617) 832-7000<br>E-mail: jhuston@foleyhoag.com<br>dkluft@foleyhoag.com<br>arufo@foleyhoag.com | Chaim J. Jaffe (Bar Roll No. 507042)<br>Scolaro Fetter Grizanti McGough & King P.C.<br>507 Plum Street, Suite 300<br>Syracuse, New York 13204<br>Telephone: (315) 471-8111<br>E-mail: cjaffe@scolaro.com<br><br>Angel A. Garganta<br>Marcella Ballard<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 370-6289<br>E-mail: agarganta@venable.com<br>mballard@venable.com |
| Douglas A. Foss (Bar Roll No. 601172)<br>Svetlana K. Ivy (Bar Roll No. 516400)<br>Harris Beach PLLC<br>99 Garnsey Road<br>Pittsford, New York 14534<br>Telephone: (585) 419-8800<br>Facsimile: (585) 419-8811<br>E-mail: dfoss@harrisbeach.com<br>sivy@harrisbeach.com | Randall K. Miller (Bar Roll No. 303217)<br>Kevin W. Weigand<br>Venable LLP<br>8010 Towers Crescent Drive<br>Suite 300<br>Tysons Corner, VA 22182<br>Telephone: (703) 760-1600<br>E-mail: rkmiller@venable.com<br>kwweigand@venable.com |
| Dated: _____ | Dated: 11/23/2016 |

SO ORDERED:

Dated: December 5, 2016
Utica, N.Y.

Hon. David N. Hurd
United States District Judge