UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHOBANI, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE DANNON COMPANY, INC.<br><br>　　　　Defendant.<br><br>―――――――――――――――――<br><br>THE DANNON COMPANY, INC.,<br><br>　　　　Counterclaim Plaintiff,<br><br>v.<br><br>CHOBANI, LLC<br><br>　　　　Counterclaim Defendant. | CIVIL ACTION NO. 3:16-cv-00030-DNH-DEP<br><br>ECF Case<br><br>Hon. David N. Hurd |



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 0 5 2016
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Utica

## STIPULATED DISMISSAL

Plaintiff/Counterclaim Defendant Chobani, LLC ("Chobani") and Defendant/ Counterclaim Plaintiff The Dannon Company, Inc. ("Dannon") (each a "Party" and collectively the "Parties") hereby stipulate as follows.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Chobani and Dannon hereby dismiss with prejudice all counts in the Complaint and in the Counterclaims, with each party to bear its own costs and attorneys' fees and waiving all rights of appeal. This stipulation is effective upon signature of counsel.

B4606604.2

IT IS SO STIPULATED:

| | |
|---|---|
| CHOBANI, LLC<br>By its attorneys,<br><br>_____<br>Julia Huston (Bar Roll No. 518555)<br>David A. Kluft (Bar Roll No. 303218)<br>Anthony E. Rufo (Bar Roll No. 519130)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>Telephone: (617) 832-1000<br>Facsimile: (617) 832-7000<br>E-mail: jhuston@foleyhoag.com<br>dkluft@foleyhoag.com<br>arufo@foleyhoag.com<br><br>Douglas A. Foss (Bar Roll No. 601172)<br>Svetlana K. Ivy (Bar Roll No. 516400)<br>Harris Beach PLLC<br>99 Garnsey Road<br>Pittsford, New York 14534<br>Telephone: (585) 419-8800<br>Facsimile: (585) 419-8811<br>E-mail: dfoss@harrisbeach.com<br>sivy@harrisbeach.com<br><br>Dated: 11/22/16 | THE DANNON COMPANY, INC.<br>By its attorneys,<br><br>_____<br>Chaim J. Jaffe (Bar Roll No. 507042)<br>Scolaro Fetter Grizanti McGough & King P.C.<br>507 Plum Street, Suite 300<br>Syracuse, New York 13204<br>Telephone: (315) 471-8111<br>E-mail: cjaffe@scolaro.com<br><br>Angel A. Garganta<br>Marcella Ballard<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 370-6289<br>E-mail: agarganta@venable.com<br>mballard@venable.com<br><br>Randall K. Miller (Bar Roll No. 303217)<br>Kevin W. Weigand<br>Venable LLP<br>8010 Towers Crescent Drive<br>Suite 300<br>Tysons Corner, VA 22182<br>Telephone: (703) 760-1600<br>E-mail: rkmiller@venable.com<br>kwweigand@venable.com<br><br>Dated: _____ |

SO ORDERED:

Dated: _____

_____
United States District Court
Northern District of New York

IT IS SO STIPULATED:

| CHOBANI, LLC | THE DANNON COMPANY, INC. |
|---|---|
| By its attorneys, | By its attorneys, |

*/s/ Kari W. Weigand*

Julia Huston (Bar Roll No. 518555)
David A. Kluft (Bar Roll No. 303218)
Anthony E. Rufo (Bar Roll No. 519130)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
E-mail: jhuston@foleyhoag.com
dkluft@foleyhoag.com
arufo@foleyhoag.com

Chaim J. Jaffe (Bar Roll No. 507042)
Scolaro Fetter Grizanti McGough & King P.C.
507 Plum Street, Suite 300
Syracuse, New York 13204
Telephone: (315) 471-8111
E-mail: cjaffe@scolaro.com

Angel A. Garganta
Marcella Ballard
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020
Telephone: (212) 370-6289
E-mail: agarganta@venable.com
mballard@venable.com

Douglas A. Foss (Bar Roll No. 601172)
Svetlana K. Ivy (Bar Roll No. 516400)
Harris Beach PLLC
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8800
Facsimile: (585) 419-8811
E-mail: dfoss@harrisbeach.com
sivy@harrisbeach.com

Randall K. Miller (Bar Roll No. 303217)
Kevin W. Weigand
Venable LLP
8010 Towers Crescent Drive
Suite 300
Tysons Corner, VA 22182
Telephone: (703) 760-1600
E-mail: rkmiller@venable.com
kwweigand@venable.com

Dated: _____

Dated: 11/23/2016

SO ORDERED:

Dated: December 5, 2016
Utica, N.Y.

_____
United States District Court
Northern District of New York